Richard Hong (*pro hac vice*)
Email:  hongr@sec.gov
Kristin M. Pauley (*pro hac vice*)
Email:  pauleyk@sec.gov
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
Telephone:  (212) 336-0956 (Hong)

John Bulgozdy (Cal. Bar No. 219897)
Email:  bulgozdyj@sec.gov
Local Counsel for Plaintiff
Securities and Exchange Commission
Los Angeles Regional Office
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone:  (323) 965-3998
Facsimile:  (213) 443-1904

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>       vs.<br><br>NASIR N. SHAKOURI, ROBERT S. TORINO, BRONSON L. QUON, JOHN S. HONG, and JONATHAN K. SKARIE,<br>            Defendants. | Case No. 2:17-cv-01929-SVW-PLA<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FORGOING MONETARY RELIEF AS TO DEFENDANTS NASIR N. SHAKOURI, ROBERT S. TORINO, JOHN S. HONG, AND JONATHAN K. SKARIE** |

**TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("Commission") no longer intends to seek further relief (that is, monetary relief)

against Defendants Nasir N. Shakouri ("Shakouri"), Robert S. Torino ("Torino"), John S. Hong ("Hong"), and Jonathan K. Skarie ("Skarie") (collectively, the "Defendants") in this case.

In 2017, each of the Defendants consented to the entry of a judgment of permanent injunction and other relief, which consents provided, in part, that the Court shall order disgorgement of ill-gotten gains, prejudgment interest thereon, and a civil penalty.  (ECF Nos. 28, 30, 35, 36) (collectively, the "Consents").  Pursuant to the Consents, this Court entered Judgments as to each of the Defendants, which, among other things, permanently enjoined the Defendants from violations of certain provisions of the federal securities laws and provided that the Court would determine the amounts of the monetary relief for Defendants upon motion of the Commission at a later date.  (ECF Nos. 32, 34, 38, 39) (collectively, the "Judgments").

Since entry of the Judgments, each of the Defendants has been sentenced and ordered to pay restitution in related parallel criminal cases in the United States District Court for the Central District of California.  *See* Judgments and Probation/Commitment Orders for Defendants Shakouri, Torino, Hong, and Skarie (attached hereto as Exhibits 1-4) (the "Judgments and Probation/Commitment Orders").  In light of these criminal sanctions, the Commission has determined to forgo its claims for disgorgement, prejudgment interest thereon, and a civil penalty against Defendants Shakouri, Torino, Hong, and Skarie in this action.  The Commission has advised counsel for each of these Defendants of its decision to forgo

the monetary relief.

Accordingly, the Commission does not intend to make any further submission regarding the amounts of the monetary relief for the Defendants.  The Commission believes that its decision to forgo such relief resolves the instant litigation in its entirety.

Respectfully submitted,

Dated:  July 11, 2018      /s/ *Richard Hong*
Richard Hong
Kristin M. Pauley
Attorneys for Plaintiff
Securities and Exchange Commission